```
                 UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS
```

11/12/2019
4:30 PM

| | |
|---|---|
| TYLER LEGER-BROSKEY, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>DAVID P. McGOVERN, )<br>ANTONIO SANTOS, )<br>)<br>Defendants. ) | CIVIL ACTION<br>No. 18-10585-WGY |

## JURY VERDICT

We find for:

___✓___ David P. McGovern and Antonio Santos

_____ Tyler Leger-Brodsky against

_____ David P. McGovern

_____ Antonio Santos

and assess

compensatory damages of _____

punitive damages of _____

_____ against _____

_____ against _____


                                    _____
                                              Forelady

Date: 11/12/2019