# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____LEGER-BROSKEY_____
           Plaintiff

v.                                                          CIVIL ACTION
                                                            NO._1:18-10585-WGY_

__DAVID P. McGOVERN and ANTONIO SANTOS__
           Defendant(s)

## JUDGMENT IN A CIVIL CASE

_YOUNG, DJ_

__X__    **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_____    **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

  **IT IS  ORDERED AND ADJUDGED:**

  Judgment for the defendants;

   David P. McGovern and Antonio Santos.




                                                        ROBERT M. FARRELL
                                                        CLERK OF COURT


Dated:_November 18, 2019_              By _/s/ Jennifer Gaudet_
                                                        Deputy Clerk